**Fill in this information to identify the case:**

Debtor 1: **Dominique** (First Name) **L** (Middle Name) **McKenzie** (Last Name)

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number (If known): **17 B 36914**

Chapter filing under:
- [✓] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[✓] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 83.75 | 01/12/2018 |
| $ 83.75 | 02/12/2018 |
| $ 83.75 | 03/13/2018 |
| + $ 83.75 | 04/12/2018 |
| **Total** $ 335.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

**28 DEC 2017**
Month / day / year

By the court: *Janet S. Baer* /BML
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  17-37714 |
| Labrini Tsakalis | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER TO REDACT**
(Chapter 7 Statement of Your Monthly Income (Form 122A-1), Docket #5)

Pursuant to section II.A.4.b. of the Administrative Procedures for the Case Management/Electronic Case Filing System, the motion to redact personal information is granted.

The clerk is directed to substitute the redacted document attached to the motion in place of the unredacted document originally filed.

Enter:

/s/ Janet S. Baer

Dated: 28 DEC 2017

United States Bankruptcy Judge

**Prepared by counsel of Movant:**

Rev: 20151029_bko